IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DIANNA DAGUE,

    Plaintiff,

v.                                   Civil Action 2:16-cv-1168
                                      Chief Judge Edmund A. Sargus, Jr.
                                      Magistrate Judge Jolson

AMERICAN ELECTRIC POWER
COMPANY, INC.,

    Defendant.

## ORDER

Following a discovery conference on November 30, 2017, IT IS HEREBY ORDERED THAT:

1. For good cause shown, the parties may take the deposition of Dr. Uma Ananth as a fact witness outside of the November 30, 2017 discovery completion date, so long as the deposition takes place prior to January 31, 2018. The parties agree that this deposition will not be necessary evidence for any dispositive motion and further agree that the dispositive motion deadline does not need to be extended. If the parties encounter additional scheduling complications with this deposition, they are **DIRECTED** to contact the undersigned to conduct another discovery conference.

2. During the status conference, the parties jointly moved for permission to file Plaintiff's medical records from Dr. Uma Ananth under seal as part of the briefing on any dispositive motion. For good cause, that motion is **GRANTED**.

IT IS SO ORDERED.

Date: December 1, 2017                             /s/ Kimberly A. Jolson
                                                            KIMBERLY A. JOLSON
                                                              UNITED STATES MAGISTRATE JUDGE